UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Avcon International, LLC, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:10-cv-1980 JCH |
| United States of America, | ) |
| Defendant(s). | ) |

## **ORDER**

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant United States of America on November 23, 2010, showing service of defendant on October 25, 2010.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 7th day of February , 2011.

        **/s/ Jean C. Hamilton**
        UNITED STATES DISTRICT JUDGE